UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>             Plaintiffs,<br><br>        v.<br><br>ROW ENTERPRISES, LLC, et al.,<br><br>             Defendants. | No. 2:16-cv-00825-KJM-AC<br><br>ORDER |

Having considered the parties' status reports, and for good cause appearing, plaintiff's request for additional time is granted. The parties shall file a joint status report advising the court whether they have reached settlement or exhausted settlement efforts by **September 16, 2016**. If the parties are unable to reach settlement, this action will be referred to the court's Voluntary Dispute Resolution Program ("VDRP").

IT IS SO ORDERED.

DATED: August 24, 2016

_____
UNITED STATES DISTRICT JUDGE

1